**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Antoine WITTER, Defendant– Appellant.**

No. 13–10296
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Dec. 6, 2013.

Karin Bethany Hoppmann, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, Robert P. Barclift, David Lazarus, U.S. Attorney's Office, Fort Myers, FL, for Plaintiff–Appellee.

Antoine Witter, FDC Miami, Miami, FL, for Defendant–Appellant.

Before MARCUS, JORDAN and KRAVITCH, Circuit Judges.

PER CURIAM:

Tracy N. DaCruz, appointed counsel for Antoine Witter in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Witter's convictions and sentences are **AFFIRMED.**